```
                                                           FILED
                                                     U.S. DISTRICT COURT
            IN THE UNITED STATES DISTRICT COURT        SAVANNAH DIV.
            FOR THE SOUTHERN DISTRICT OF GEORGIA
                     SAVANNAH DIVISION               2006 OCT 19  PM 2: 18

                                                     CLERK_____
DOMINIC BROWN                                          SO. DIST. OF GA.
                    Plaintiff
VS.
                                        CASE NO:  CV406-87  CR404-161
UNITED STATES of AMERICA
                    Defendant
```

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been file. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this ___ day of _____, 2006.

_____
HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA